1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

KUO-LIANG CHEN,                                     No. C 06-6006 CW

13

      Plaintiff,                              ORDER TO SHOW CAUSE

14

  v.

15

CRIMINAL INVESTIGATIONS BUREAU OF THE
REPUBLIC OF CHINA, EPOCH TIMES

16

INTERNATIONAL, INC., a New York
Corporation and EPOCH TIMES, INC. LOS

17

ANGELES, a California Corporation,

18

      Defendants.

19

_____/

20

21

22

    Plaintiff is a resident of California, seeking to bring a

23

claim of defamation against the Criminal Investigations Bureau of

24

the Republic of China (CIB), Epoch Times International, Inc., a New

25

York corporation and Epoch Times, Inc. Los Angeles, a California

26

corporation.  Plaintiff also seeks declaratory relief against the

27

CIB.  On November 16, 2006, Plaintiff filed a request for

28

international judicial assistance (letter rogatory), asking the

**United States District Court**
For the Northern District of California

1  Court to seek the assistance of the Chinese government in serving

2  the CIB.  The Court now orders Plaintiff to show cause why his

3  claims against the CIB should not be dismissed for lack of subject

4  matter jurisdiction pursuant to 28 U.S.C. § 1604.  The Court

5  further orders Plaintiff to show cause why his case should not

6  therefore be remanded to State court in the absence of jurisdiction

7  under 28 U.S.C. § 1330.

8      Plaintiff shall file any response to this order within

9  fourteen days.

10      The request for international assistance (letter rogatory) is

11  denied without prejudice.  If the request is refiled after the

12  above issues are resolved, it should not state, as facts,

13  allegations that are disputed.  Further, the request for

14  international judicial assistance that Plaintiff asks the Court to

15  sign states that this Court is willing to reimburse the judicial

16  authorities of the Republic of China for costs incurred in

17  executing the letter rogatory.  But Plaintiff has not explained how

18  the Northern District of California will reimburse the Chinese

19  government and how Plaintiff will then reimburse the Northern

20  District of California.  Before the Court signs a future letter

21  rogatory, Plaintiff must provide the Court with an adequate

22  explanation, or proposal, concerning reimbursement.

23      IT IS SO ORDERED.

24

25  Dated: 12/19/06

26                                    CLAUDIA WILKEN
                                      United States District Judge

27

28                                    2

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28